IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BAYSWATER EXPLORATION & PRODUCTION, LLC, | CV 20-89-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| MORGAN EXPLORATION, LLC, *et al.*, | |
| Defendants. | |

Plaintiff Bayswater Exploration & Production, LLC., moves for the admission of Patrick G. Compton to practice before this Court in this case with Edward J. Guza to act as local counsel.  (Doc. 2.)

*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3).  While Bayswater's motion does contain an affidavit from Mr. Compton, it fails to address L.R. 83.1(d)(3)(D).  (*See* Doc. 2-1, ¶ 3.)  L.R. 83.1(d)(3)(D) requires the applicant to include not only the courts the applicant has been admitted to practice, but the dates of admission as well.  Conformance to the Local Rule is required.

Accordingly, IT IS HEREBY ORDERED that Bayswater's motion to admit Mr. Compton *pro hac vice* is DENIED without prejudice.  Bayswater may

resubmit its motion, provided the motion is accompanied by an affidavit that

complies in full with L.R. 83.1(d)(3).

DATED this 25th day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge