IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BAYSWATER EXPLORATION & PRODUCTION, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MORGAN EXPLORATION, LLC, *et al.*,<br><br>　　　　　Defendants. | CV 20-89-BLG-SPW-TJC<br><br>**ORDER** |

　　　Plaintiff moves for the admission of J. Matthew Thornton to practice before this Court in this case with Edward J. Guza to act as local counsel. (Doc. 11.) Mr. Thornton's application appears to be in order.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit J. Matthew Thornton *pro hac vice* is GRANTED on the condition that Mr. Thornton shall do his own work. This means that Mr. Thornton must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Thornton, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 8th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge