IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BAYSWATER EXPLORATION & PRODUCTION, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MORGAN EXPLORATION, LLC, *et al.*,<br><br>　　　　　　Defendants. | CV 20-89-BLG-SPW-TJC<br><br>**ORDER** |

　　Defendants Morgan Exploration, LLC and Robert T. Morgan Family Limited Partnership have filed a motion to extend the deadline to respond to discovery. (Doc. 28.) Plaintiff partially opposes Defendants' motion, asserting willingness to stipulate to a two-week extension but opposes the requested 30-day extension due to the limited nature of pending discovery requests. (Doc. 30.)

　　The Court finds the recent appearance of Defense counsel to be good cause for the extension. Accordingly,

　　IT IS HEREBY ORDERED that the motion is GRANTED. Defendants'

/ /

/ /

/ /

1

deadline is extended 30-days to **April 28, 2021**.

    **IT IS ORDERED**.

    DATED this 31st day of March, 2021.

                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge