IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BAYSWATER EXPLORATION & PRODUCTION, LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN EXPLORATION, LLC, a Colorado Limited Liability Company; and ROBERT T. MORGAN FAMILY LIMITED PARTNERSHIP, a Texas Limited Partnership,<br><br>Defendants. | CV 20-89-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 45), and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned cause is **DISMISSED WITH PREJUDICE**, each party to pay their own attorneys' fees and costs.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of June, 2021.

SUSAN P. WATTERS
United States District Judge

1